UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARNELL F. WILLIAMS,

                    Plaintiff,

v.                                           Case No. 23-cv-1477-pp

MILWAUKEE COUNTY JAIL, *et al.*,

                    Defendants.

**ORDER DIRECTING PLAINTIFF TO SUBMIT TRUST ACCOUNT STATEMENT**

      Plaintiff Darnell F. Williams, who is incarcerated at Dodge Correctional Institution and representing himself, has filed a civil complaint and a motion for leave to proceed without prepaying the filing fee. Dkt. Nos. 1, 2. On November 30, 2023, the court issued an order directing the plaintiff to submit his six-month trust account statement by December 29, 2023. Dkt. No. 5. The plaintiff has filed a letter stating that he has not been incarcerated for six months, he was at the Milwaukee County Jail beginning September 18, 2023, and transferred to Dodge Correctional Institution on October 27, 2023. Dkt. No. 6. The plaintiff states that he requested his trust account statement from the jail but has not received it, and that he sent his trust account statement covering the time he has been in Dodge. Id. The court has not received any trust account statement from the plaintiff.

      The court will not require the plaintiff to make further attempts to obtain his trust account statement from the Milwaukee County Jail. However, the plaintiff must submit his trust account statement from Dodge. See 28 U.S.C.

1

§1915(a)(2). Although the plaintiff states that he sent this trust account statement, the court has not received it.

The court will give the plaintiff another opportunity to file his trust account statement from Dodge Correctional Institution. The plaintiff must file the trust account statement in time for the court to *receive it* by the end of the day on **January 26, 2024**. If the court does not receive the plaintiff's trust account statement, or a letter explaining why he cannot submit it, by the end of the day on January 26, 2024, the court will dismiss this case without prejudice.

The court **ORDERS** that by the end of the day on **January 26, 2024**, the plaintiff must file a certified copy of his trust account statement covering the period from October 27, 2023 through November 6, 2023, or he must file proof demonstrating that he cannot obtain the trust account statement. If the court does not receive either the trust account statement or proof that the plaintiff cannot obtain the statement by the end of the day on January 26, 2024, the court will dismiss this case without prejudice without further notice or hearing.

Dated in Milwaukee, Wisconsin this 4th day of January, 2024.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**